# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DANIEL L. DUMONDE, | ] |
| Petitioner, | ] |
| vs. | ] CIVIL ACTION NO. 08-UWC-RRA-1723-S |
| THE UNITED STATES OF AMERICA and THE UNITED STATES DISTRICT COURT, | ] |
| Respondents. | ] |

### MEMORANDUM OPINION

The petitioner, Daniel L. Dumonde, initiated this action on September 17, 2007, by filing a document entitled "Writ for Habeas Corpus, 28 U.S.C. § 2241, for 2:08-CR-00173-LSC-TMP." In support of his "petition," Dumonde challenges various rulings by United States Magistrate Judge T. Michael Putnam, in Dumonde's ongoing criminal case in this court, *United States v. Dumonde*, CR-08-LSC-TMP-0173-S.

The petitioner may not challenge rulings in an ongoing criminal case by way of a § 2241 petition. Rather, the petitioner must raise issues pertaining to his criminal case in compliance with the *Federal Rules of Criminal Procedure* and the *Federal Rules of Appellate Procedure*. This petition is due to be dismissed as frivolous.

An appropriate order will be entered.

Done the 24th day of September, 2008.

U.W. Clemon
United States District Judge